1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  MARTIN VARELA,                    )  Case No. EDCV 12-1644 JC
12                     Plaintiff,     )
                                      )  JUDGMENT
13          v.                        )
                                      )
14                                    )
    CAROLYN W. COLVIN,                )
15  Acting Commissioner of Social     )
    Security,                         )
16                                    )
                       Defendant.     )
17  _____

18
19          IT IS HEREBY ADJUDGED that the decision of the Commissioner of
20  Social Security is reversed in part and the matter is remanded for further
21  administrative action consistent with the Memorandum Opinion and Order of
22  Remand filed concurrently herewith.
23  DATED:  March 20, 2013
24
25                                  _____
                                                /s/
26                                  Honorable Jacqueline Chooljian
27                                  UNITED STATES MAGISTRATE JUDGE
28